11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Dwight Elchinson a/k/a Dwight Howard Etchison a/k/a Dwight Elchinison,

\* From the 238th District Court of Midland County, Trial Court No. CR39015.

Vs. No. 11-12-00170-CR

\* April 11, 2013

The State of Texas,

\* Per Curiam Memorandum Opinion (Panel consists of: Wright, C.J., McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.